IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DONNIE GREEN | § | |
| v. | § | CIVIL ACTION NO. 6:11cv162 |
| CAPITAL ONE AUTO FINANCE INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b).

No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that the above-entitled lawsuit is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

**SIGNED this 29th day of June, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE